AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

## V.

REYLANDO RISE, AKA REYLANDO RISE,
AKA RAYNALDO RISE, AKA RAY RISE,
AKA RAYLANDO RISE (DOB: -/-/1969)
150 Harvard Street, Apt #3, Dorchester, MA

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: MJ05- M- 233 JLA

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  On or about _____ February 27, 2005 _____ in _____ Suffolk _____ county, in the

_____ District of _____ Massachusetts _____ defendant(s) did, (Track Statutory Language of Offense)

possess, in and affecting commerce, ammunition after having been previously convicted in a court of, a crime punishable by
imprisonment for a term exceeding one year,

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 922(g)(1) _____ .

I further state that I am a(n) _____ ATF Special Agent _____ and that this complaint is based on the following
                                                    Official Title

facts:

See Affidavit of Special Agent Lisa A. Rudnicki

Continued on the attached sheet and made a part hereof:      ☒ Yes      ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence.

_____ 4/25/05 _____                    at                    Boston, MA
Date                                                          City and State

JOYCE LONDON ALEXANDER, USMJ                    _____
Name & Title of Judicial Officer                    Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

JS 45  (5/97) - (Revised USAO MA 1/15/04)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:** _____    Category No. ___II___    Investigating Agency ___ATF___

**City**   Dorchester _____    **Related Case Information:**

**County**   Suffolk _____    Superseding Ind./ Inf. _____   Case No. _____
                                          Same Defendant _____ New Defendant _____
                                          Magistrate Judge Case Number _____
                                          Search Warrant Case Number _____
                                          R 20/R 40 from District of _____

## Defendant Information:

Defendant Name   REYLANDO REYES _____    Juvenile   ☐ Yes   ☒ No

Alias Name   REYLANDO RISE, RAYNALDO RISE, RAYLANDO RISE, RAY RISE _____

Address   150 Harvard Street, Apt. # 3, Dorchester, MA 02124 _____

Birth date (Year only): _1969_  SSN (last 4 #): _7773_ Sex _M_ Race: ___B___  Nationality: _U.S.A._

**Defense Counsel if known:** _____    **Address:** _____

Bar Number: _____

## U.S. Attorney Information:

AUSA   Antoinette E.M. Leoney _____    **Bar Number if applicable**  545567 _____

**Interpreter:**   ☐ Yes ☒ No    **List language and/or dialect:**   N/A _____

**Matter to be SEALED:**   ☒ Yes   ☐ No

☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

## Location Status:

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☒ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1 _____

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:   April 25, 2005          Signature of AUSA: _Antoinette Em Leoney_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    REYLANDO REYES, REYLANDO RISE, RAYNALDO RISE, RAYLANDO RISE, RAY RISE

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §922(g)(1) | Felon in Possession of Ammunition | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

crim.cov2.JS45.wpd - 1/15/04 (USAO-MA)