UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>REYLANDO REYES, )<br>a/k/a REYLANDO RISE, )<br>a/k/a RAYNALDO RISE, )<br>a/k/a RAYLANDO RISE, )<br>a/k/a RAY RISE, )<br>)<br>Defendant. ) | MAGISTRATE NO. 05-M-233-JLA |

## GOVERNMENT'S MOTION TO UNSEAL CRIMINAL COMPLAINT

The government respectfully moves to unseal the criminal complaint, affidavit, arrest warrant, motion to seal and any other related paperwork in this case, filed with this Court on April 25, 2005. As grounds therefor, the government states that the defendant has been arrested pursuant to a warrant issued by this Court, and there is no further need to maintain the secrecy of the criminal complaint, affidavit, arrest warrant, motion to seal and any other related paperwork.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Antoinette E.M. Leoney
ANTOINETTE E.M. LEONEY
Assistant U.S. Attorney
(617) 748-3103

Date: April 26, 2005